

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-13-00026-CV

_____

**ELIZABETH CADY, INDIVIDUALLY AND
ON BEHALF OF THE ESTATE OF DONALD
JASON WILDE, DECEASED,**

                                                                **Appellant**

 **v.**

**JIMMIE LEE CARGILE AND TEXAS
PREMIER RESOURCES, LLC,**

                                                                **Appellees**

_____

**From the 249th District Court
Johnson County, Texas
Trial Court No. C201100149**

_____

## O R D E R

_____

This appeal was referred to mediation on June 5, 2014. Mediation was to take place by July 28, 2014 but the time to conduct mediation was extended, on request of the parties, to November 30, 2014.

On November 7, 2014, the parties filed a motion to conduct mediation by telephone, informing the court that mediation was scheduled to occur on November 7

and that due to a death in the mediator's family, mediation was cancelled. The parties also informed the court that due to the parties' and mediator's schedules, a new mediation date cannot be set for several months. Therefore, the parties request mediation be conducted by telephone and the deadline to be extended to January 31, 2015.

The parties' joint motion is granted in part. The parties' request for mediation solely by telephone is denied. The parties must arrange for mediation to be principally conducted by "video" conferencing through any available means including "Skype," "Face Time," or any other such service or program. To the extent necessary to facilitate or supplement the video conference, telephonic communication is not prohibited.

The deadline for mediation is extended to January 31, 2015. All other provisions of the Court's Order dated June 5, 2014 remain in place.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Order issued and filed November 26, 2014

